JACOB D. FLESHER – SBN 210565
JASON W. SCHAFF – SBN 244285
JEREMY J. SCHROEDER – SBN 223118
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672.6558
Facsimile: (916) 672.6602

Attorneys for Plaintiff,
NATIONAL RAILROAD PASSENGER CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, a District of Columbia corporation, | **CASE NO. 4:20-cv-00334-~~YGR~~ JST** *Complaint filed: 1/15/20* *Trial Date: 11/28/22* |
| Plaintiff, | |
| vs. | |
| CONTRA COSTA COUNTY, a California public entity; FLATIRON WEST, INC., a Delaware corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; DARWIN NATIONAL ASSURANCE COMPANY (sued erroneously as ALLIED WORLD SPECIALTY INSURANCE COMPANY (U.S.) INC.), a Delaware corporation; and, DOES 1 through 25, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT JOEL MANGIARACINA WITH PREJUDICE** |
| Defendants. | |

    **Whereas,** BNSF Railway Company and Amtrak recently settled the matter of *Mangiaracina v. BNSF Railway Company, et al.*, case no. 4:16-cv-05270-JST, United States District Court, Northern District of California with Joel Mangiaracina;

    **Whereas**, a material term of that settlement agreement requires BNSF and Amtrak to dismiss their claims against Joel Mangiaracina in this matter;

**Whereas,** no other claims are being asserted against Mr. Mangiaricina in this matter,

**IT IS STIPULATED** by and between all parties, through their designated counsel, that the Court dismiss Defendant Joel Mangiaracina from the above-entitled matter, with prejudice, pursuant to Federal Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

**IT IS SO STIPULATED**.

DATED:  April 27. 2022                    **FLESHER SCHAFF & SCHROEDER**

By ___ /s/ Jason W. Schaff
JASON W. SCHAFF
Attorneys for Plaintiff,
NATIONAL RAILROAD PASSENGER
CORPORATION

DATED:  April 27, 2022                    **SINNOT, PUEBLA, CAMPAGNE &
CURET. APLC.**

By ___ /s/ Blaise S. Curet
BLAISE S. CURET, ESQ.
Attorneys for Defendant,
ZURICH AMERICAN INSURANCE
COMPANY

DATED:  June 9, 2022                    **CLAPP, MORONEY, VUCINICH,
BEEMAN+SCHEELEY**

By ___ /s/ Andrew K. Murphy
ANDREW K. MURPHY, ESQ.
Attorneys for Defendant,
FLATIRON WEST. INC.

DATED:  June 9, 2022                    **PHILLIPS. SPALLAS & ANGSTADT. LLP**

By: ___
Priya Navaratnasignham
Attorneys for Defendant,
JOEL MANGIARACINA

1

2   DATED:  May 19, 2022

3

4   By

5

6

7

**FREEMAN, MATHIS & GARY, LLP**

CHARLES HORN, ESQ.
Attorneys for Defendant,
CONTRA COSTA COUNTY

8   DATED:  April 27, 2022

9

10  By

11

12

13

**HAYES SCOTT BONINO ELLINGSON
GULSANI SIMONSON & CLAUSE.** LLP

RYAN Z. KELLER, ESQ.
Attorneys for Defendant,
ALLIED WORLD SPECIALTY
INSURANCE COMPANY (erroneously
sued as ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.)

14

15          **IT IS SO ORDERED**.

16  Dated:  **June 14, 2022**

17  _____

          District Judge Jon S. Tigar

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT JOEL MANGIARACINA